**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

SANDRA ROJAS,

    Debtor.
_____/

LGN INTERNATIONAL, LLC

    Plaintiff,

vs.

SANDRA ROJAS,

    Defendant.
_____/

Case No. 19-23181-RAM

Chapter 7

Adv. No._____

## **COMPLAINT**

Creditor, LGN International, LLC ("Plaintiff"), through its undersigned counsel, sues Defendant, Sandra Rojas ("Defendant"), as follows:

### **PARTIES, JURISDICTION AND VENUE**

1. The Court has jurisdiction in this proceeding pursuant to 28 U.S.C. §1334(b), §157(b)(2)(I) and 11 U.S.C. §523(c), and Admin. Order 2012-25 of the United States District Court for the Southern District of Florida, referring bankruptcy matters to this court.

2. This is a core proceeding.

2. Plaintiff is a creditor in this case.

3. Defendant is the debtor in this chapter 7 case and therefore venue is proper.

4. Debtor filed her chapter 7 petition on October 31, 2019 (the "Petition Date").

5. Plaintiff is listed in Bankruptcy Schedule F as a creditor of Debtor holding an unsecured claim in the amount of $798,154.00 [Main Case ECF No. 8, page 22 of 50].

6. On December 9, 2019, Plaintiff filed and served its original Notice of Taking Rule 2004 Examination Duces Tecum on the Debtor scheduling the examination for December 29, 2019 (the "First Examination Notice") [Main Case ECF No. 24] and requesting documents be produced by December 20, 2019 (the "First Production Notice") [Main Case ECF No. 25].

7. The Rule 2004 examination did not go forward on December 29, 2019 pursuant to the First Examination Notice nor did the Debtor produce any documents in response to the First Production Notice.

8. Plaintiff then re-noticed the Debtor's Rule 2004 Examination for January 30, 2020 [Main Case ECF No. 40], but this examination did not go forward on that date either [Main Case ECF No. 41].

9. Thereafter, Plaintiff filed and served its Second Re-Notice of Taking Rule 2004 Examination Duces Tecum on the Debtor scheduling the examination for February 24, 2010 and requesting documents be produced by February 21, 2020 (the "Final Notice") [Main Case ECF No. 49].

10. Debtor failed to produce any documents in response to the Final Notice prior to or at her examination, with the exception of her drivers' license.

11. The only documents that were produced by the Debtor consist of her 2017 and 2018 tax returns (despite being asked to produce her last 5 filed tax returns):

12. Debtor failed to produce any documents responsive to the following requests and testified that at her examination that either the documents do not exist or they were destroyed:

   a. Copies of the account statements for all accounts listed in Your Bankruptcy Schedule F.

   b. An itemized schedule of all real property which You have owned, directly or indirectly, or had an ownership interest, or beneficial interest, in the six (6) year

    period up to and including the Petition Date, detailing the property address, the legal description, and Your interest therein.

c. For all properties described in Paragraph 3, copies of all documents reflecting Your ownership interest in said real property, including but not limited to deeds, sales contracts and mortgages and closing statements.

d. For all properties described in Paragraph 3 that were sold or transferred, either by You or to You, or by or to an entity in which you have or had any type of legal or beneficial interest or by or to any individual, before the Petition Date, an itemized schedule detailing when the real property was transferred or sold, contact information for the transferee, and the amount received for the transfer or sale and copies of all documents evidencing the transfer of the real property including deeds and sales contracts.

e. For all properties described in Paragraph 3, copies of all account statements reflecting the current loan balance of any and all mortgages or other liens secured by these properties, including by not limited to financial statements prepared by You or on Your behalf that were submitted and any other financial statements produced to mortgage holders.

f. For all properties described in Paragraph 3, copies of any or all insurance policies and/or binders covering the last four years up to and including the Petition Date.

g. All documents relating to or evidencing any and all contributions to any retirement plans during the four (4) years prior to the Petition Date thought the present.

h. Copies of any Documents that relate to any checking, savings, or other financial accounts; certificates of deposits; shares in credit unions, brokerage houses, and other similar institutions over which You have had signature authority (including, but not limited to, copies of statements, items, memoranda, evidence of wire transfers, debits, credits and cashier's checks, and as to any checks of any kind, copies of the front and back) from and after October 1, 2015 to the present.

i. Copies of Your entire passport – all pages - not just the page with Your picture on it.

j. All insurance binders on any insurance policy obtained on Your personal property for the last four (4) years up to and including the Petition Date.

k. Credit card statements for each and every credit card in which You are listed as a signatory for the last four (4) years up to and including the Petition Date.

l. All charge account statements for every charge account listed on Schedule F of Your Petition for the last four (4) years up to and including the Petition Date.

3

m. All account statements for every line of credit listed on Schedule F of Your Petition for the last four (4) years up to and including the Petition Date.

n. All financial statements, inventories, and schedules reflecting Your assets, liabilities, income and net worth, whether prepared by You or on Your behalf, for the last four (4) years up to and including the Petition Date.

o. All documents referring to, regarding, or reflecting the nature of the goods or services purchased or obtained with the credit cards and credit line debts incurred by You, including receipts, bills, checks, invoices, and any other documents identifying the goods or services purchased.

p. Any and all documents in Your possession or obtainable by You that relate to any business in which You have or had an interest for the four (4) year period up to and including the Petition Date.

q. Tax returns, financial statements, general ledgers, accounts receivable and payable reports for any business in which You have or had an interest for the four (4) year period up to and including the Petition Date.

r. A schedule of all personal property owned by You or in which You have had an interest of any kind (whether legal or beneficial or a combination thereof) at any time for the (4) years up to and including the Petition Date.

s. Copies or any rent rolls for any real property owned by You (either individually or with any other individual or entity) during the four (4) years prior to the Petition Date thought the present.

t. Copies of any leases for any real property owned by You (either individually or with any other individual or entity) during the four (4) years prior to the Petition Date thought the present.

u. Copies of any communications with any tenant(s) or lessee(s) of any real property owned by You (either individually or with any other individual or entity) during the four (4) years prior to the Petition Date thought the present.

v. All documents relating to Your transfer of any personal property to any family member of Yours during the four years prior to the Petition Date.

w. All documents relating to Your transfer of any personal property to an Insider as that term is defined in 11 U.S.C. § 101(31)(A) during the four years prior to the Petition Date.

x. All documents relating to Your transfer of any real property to an Insider as that term is defined in 11 U.S.C. § 101(31)(A) during the four years prior to the Petition Date.

y.   All documents relating to the businesses listed in item 27 of Your Statement of Financial Affairs.

z.   All documents relating to any source of Your Income for the past four (4) years.

aa.  All documents relating to any transfers, other than property transferred within the ordinary course Your financial affairs during the four (4) year period up to and including the Petition Date.

bb.  Any and all Documents produced to the Chapter 7 trustee in this matter.

cc.  Every personal financial statement that You prepared, delivered, or had delivered, to any person or entity at any time from and after October 1, 2015 to the present.

dd.  Your personal income tax returns (U.S. and international) for the last five (5) years, including W-2 forms and 1099, as well as tangible and intangible property tax returns for the last five (5) years.

ee.  Your W-2 and/or 1099 forms and any other documents showing Your income for 2019.

ff.  Copies of any Documents that relate to any bank accounts not listed in Your Schedule B over which You have had signature authority (including, but not limited to, copies of statements, items, memoranda, evidence of wire transfers, debits, credits and cashier's checks, and as to any checks of any kind, copies of the front and back) from and after October 1, 2015 to the present.

gg.  Color photographs and an itemized schedule of all of Your household goods and furnishings.

hh.  Color photographs and an itemized schedule of all personal property of Yours.

ii.  All insurance binders on any insurance policy obtained on Your personal property for the last four (4) years up to and including the Petition Date.

jj.  Any and all documents related to any vehicle(s) that You have used in the past four (4) years including but not limited to the vehicle(s) which you drive regularly or have driven regularly (more than 3 times a week), which establish the year, make and model of the vehicle(s), including but not limited to the title, registration, proof of insurance, loan statements and payoff amount for said vehicle loan, if any, as of the Petition Date and as of the date of Your 2004 Examination.

kk.  Documentation reflecting or relating to your ownership in any other vehicle, for the four (4) year period leading up to and including the Petition Date.

ll.     A schedule of all personal property owned by You or in which You have had an interest of any kind (whether legal or beneficial or a combination thereof) at any time for the two year (2) year period up to and including the Petition Date.

## COUNT II
### [Objection to Discharge Pursuant to 11 U.S.C. § 727(a)(3)]

13.     All allegations in paragraphs 1 through 12 are incorporated by reference in this count.

14.     Debtor has failed to keep or preserve any recorded information, documents, records or papers, from which the Debtor's business transactions might be ascertained.

15.     Debtor's failure to keep or preserve any recorded information, documents, records or papers was not justified under all of the circumstances of the case.

16.     Accordingly, Debtor should be denied her discharge pursuant to 11 U.S.C. § 727(a)(3).

**WHEREFORE**, Plaintiff seeks judgment in its favor and against Debtor, denying Debtor's discharge pursuant to 11 U.S.C. § 727(a)(3), for costs of suit and for such other and further relief as the Court deems just and proper.

Dated: March 16, 2020          Respectfully Submitted,

**LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for Plaintiff*
150 S. Pine Island Road, Suite 300
Fort Lauderdale, Florida 33314
Email:  mroher@markroherlaw.com
Telephone:  (954) 353-2200
Facsimile:  (877) 654-0090

By:   */s/ Mark S. Roher*
        Mark S. Roher
        Florida Bar No. 178098